## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

In re: Sidney Albert Johnson, Jr.

Case no. 15-03860-ee
Chapter 11

### BALLOT FOR ACCEPTING OR REJECTING A PLAN

The Debtor herein has filed a Plan of Reorganization dated [Dkt. # 97] (the Plan) in this case. The Court has approved a Disclosure Statement with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. A copy of the Plan and order approving Disclosure Statement are attached. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.

The attached Plan can be confirmed by the Court and made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the plan. If the required acceptances are not obtained, the Court may nevertheless confirm the Plan if it accords fair and equitable treatment to each class rejecting it and satisfies the requirements of §1129(b) of the Code. You must timely complete and return this ballot for your vote to count.

If the Plan is confirmed by the Court it will be binding on you whether or not you vote.

### ACCEPTANCE OR REJECTION OF THE PLAN

[If the holder of a secured, priority, or unsecured nonpriority claim:] The undersigned, the holder of a Class [4] claim against the Debtor in the amount of $ 21,048.34_____. **Account Ending: 3002**

[If the holder of a bond, debenture, or other debt security:] The undersigned, the holder of a Class [ ] claim against the Debtor, consisting of principal amount of $_____ of [describe bond, debenture, or other debt security] the Debtor. (For purposes of this Ballot, it is not necessary and you should not adjust the principal amount for any accrued or unmatured interest.)

[or an equity interest:] The undersigned, the holder of Class [ ] equity interest in the Debtor, consisting of _____ shares or other interests of [describe interest] _____ in the Debtor.

(Check one box only)

[X] ACCEPTS THE PLAN

[ ] REJECTS THE PLAN

Dated: September 9, 2016

Print or type name: **American Express Centurion Bank**
Signature: _____
Title (if appropriate): Kenneth W. Kleppinger, Attorneys/Agent for creditor
Address: c/o Becket & Lee LLP
PO Box 3001, Malvern PA  19355

RETURN THIS BALLOT ON OR BEFORE SEPTEMBER 16, 2016 TO THE PLAN PROPONENT:

R. MICHAEL BOLEN, ESQ.
HOOD & BOLEN, PLLC
ATTORNEYS AT LAW
3770 HWY. 80 WEST
JACKSON, MISSISSIPPI 39209

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

In re: Sidney Albert Johnson, Jr.

Case no. 15-03860-ee
Chapter 11

## BALLOT FOR ACCEPTING OR REJECTING A PLAN

The Debtor herein has filed a Plan of Reorganization dated [Dkt. # 97] (the Plan) in this case. The Court has approved a Disclosure Statement with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. A copy of the Plan and order approving Disclosure Statement are attached. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.

The attached Plan can be confirmed by the Court and made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the plan. If the required acceptances are not obtained, the Court may nevertheless confirm the Plan if it accords fair and equitable treatment to each class rejecting it and satisfies the requirements of §1129(b) of the Code. You must timely complete and return this ballot for your vote to count.

If the Plan is confirmed by the Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

*[If the holder of a secured, priority, or unsecured nonpriority claim:]* The undersigned, the holder of a Class *[ 7]* claim against the Debtor in the amount of $ 763,372.41 (per POC dated 4/7/2016)

*[if the holder of a bond, debenture, or other debt security:]* The undersigned, the holder of a Class *[ ]* claim against the Debtor, consisting of principal amount of $_____ of *[describe bond, debenture, or other debt security]* the Debtor. (For purposes of this Ballot, it is not necessary and you should not adjust the principal amount for any accrued or unmatured interest.)

*[or an equity interest:]* The undersigned, the holder of Class *[ ]* equity interest in the Debtor, consisting of _____ shares or other interests of *[describe interest]* _____ in the Debtor.

(Check one box only)

[X] ACCEPTS THE PLAN                              [ ] REJECTS THE PLAN

Dated: __8/26/2016__

BankPlus

Print or type name: Randy Sullivan

Signature: _____

Title (if appropriate): __Senior Vice President__

Address: __1068 Highland Colony Parkway__
__Ridgeland, MS  39157__

RETURN THIS BALLOT ON OR BEFORE **SEPTEMBER 16, 2016** TO THE PLAN PROPONENT:

R. MICHAEL BOLEN, ESQ.
HOOD & BOLEN, PLLC
ATTORNEYS AT LAW
3770 HWY. 80 WEST
JACKSON, MISSISSIPPI 39209

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

In re: Sidney Albert Johnson, Jr.

Case no. 15-03860-ee
Chapter 11

## BALLOT FOR ACCEPTING OR REJECTING A PLAN

The Debtor herein has filed a Plan of Reorganization dated [Dkt. # 97] (the Plan) in this case. The Court has approved a Disclosure Statement with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. A copy of the Plan and order approving Disclosure Statement are attached. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.

The attached Plan can be confirmed by the Court and made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the plan. If the required acceptances are not obtained, the Court may nevertheless confirm the Plan if it accords fair and equitable treatment to each class rejecting it and satisfies the requirements of §1129(b) of the Code. You must timely complete and return this ballot for your vote to count.

If the Plan is confirmed by the Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

*[If the holder of a secured, priority, or unsecured nonpriority claim:]* The undersigned, the holder of a Class [5] claim against the Debtor in the amount of $ 15,000,000.00           .

*[If the holder of a bond, debenture, or other debt security:]* The undersigned, the holder of a Class [  ] claim against the Debtor, consisting of principal amount of $_____ of *[describe bond, debenture, or other debt security]* the Debtor. (For purposes of this Ballot, it is not necessary and you should not adjust the principal amount for any accrued or unmatured interest.)

*[or an equity interest:]* The undersigned, the holder of Class [  ] equity interest in the Debtor, consisting of_____ shares or other interests of *[describe interest]* _____ in the Debtor.

(Check one box only)

[X] ACCEPTS THE PLAN                                    [  ] REJECTS THE PLAN

Dated: 9/15/2016

Print or type name: April Newton
Signature: Gerald P. Collier
Title (if appropriate): Attorney for April Newton
Address: P.O. Box 3338
Ridgeland, MS 39158

RETURN THIS BALLOT ON OR BEFORE **SEPTEMBER 16, 2016** TO THE PLAN PROPONENT:

R. MICHAEL BOLEN, ESQ.
HOOD & BOLEN, PLLC
ATTORNEYS AT LAW
3770 HWY. 80 WEST
JACKSON, MISSISSIPPI 39209

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

In re: Sidney Albert Johnson, Jr.

Case no. 15-03860-ee
Chapter 11

## BALLOT FOR ACCEPTING OR REJECTING A PLAN

The Debtor herein has filed a Plan of Reorganization dated [Dkt. # 97] (the Plan) in this case. The Court has approved a Disclosure Statement with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. A copy of the Plan and order approving Disclosure Statement are attached. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.

The attached Plan can be confirmed by the Court and made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the plan. If the required acceptances are not obtained, the Court may nevertheless confirm the Plan if it accords fair and equitable treatment to each class rejecting it and satisfies the requirements of §1129(b) of the Code. You must timely complete and return this ballot for your vote to count.

If the Plan is confirmed by the Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

*[If the holder of a secured, priority, or unsecured nonpriority claim:]* The undersigned, the holder of a Class *[5]* claim against the Debtor in the amount of $ _15,000,000_ .

*[if the holder of a bond, debenture, or other debt security:]* The undersigned, the holder of a Class *[ ]* claim against the Debtor, consisting of principal amount of $_____ of *[describe bond, debenture, or other debt security]* the Debtor. (For purposes of this Ballot, it is not necessary and you should not adjust the principal amount for any accrued or unmatured interest.)

*[or an equity interest:]* The undersigned, the holder of Class *[ ]* equity interest in the Debtor, consisting of _____ shares or other interests of *[describe interest]* _____ in the Debtor.

(Check one box only)

[x] ACCEPTS THE PLAN                                            [ ] REJECTS THE PLAN

Dated: ___9/15/2016___

Print or type name: _Travis Newton_
Signature: _A. P. Callis_
Title (if appropriate): _Attorney For Travis Newton_
Address: _P. O. Box 3338_
_Ridgeland, MS 39158_

RETURN THIS BALLOT ON OR BEFORE **SEPTEMBER 16, 2016** TO THE PLAN PROPONENT:

R. MICHAEL BOLEN, ESQ.
HOOD & BOLEN, PLLC
ATTORNEYS AT LAW
3770 HWY. 80 WEST
JACKSON, MISSISSIPPI 39209

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

In re: Sidney Albert Johnson, Jr.

Case no. 15-03860-ee
Chapter 11

## BALLOT FOR ACCEPTING OR REJECTING A PLAN

The Debtor herein has filed a Plan of Reorganization dated [Dkt. # 97] (the Plan) in this case. The Court has approved a Disclosure Statement with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. A copy of the Plan and order approving Disclosure Statement are attached. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.

The attached Plan can be confirmed by the Court and made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the plan. If the required acceptances are not obtained, the Court may nevertheless confirm the Plan if it accords fair and equitable treatment to each class rejecting it and satisfies the requirements of §1129(b) of the Code. You must timely complete and return this ballot for your vote to count.

If the Plan is confirmed by the Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

*[If the holder of a secured, priority, or unsecured nonpriority claim:]* The undersigned, the holder of a Class *[5]* claim against the Debtor in the amount of $ _15,000,000_ .

*[If the holder of a bond, debenture, or other debt security:]* The undersigned, the holder of a Class [ ] claim against the Debtor, consisting of principal amount of $_____ of *[describe bond, debenture, or other debt security]* the Debtor. (For purposes of this Ballot, it is not necessary and you should not adjust the principal amount for any accrued or unmatured interest.)

*[or an equity interest:]* The undersigned, the holder of Class [ ] equity interest in the Debtor, consisting of _____ shares or other interests of *[describe interest]* _____ in the Debtor.

(Check one box only)

[X] ACCEPTS THE PLAN

[ ] REJECTS THE PLAN

Dated: _9/15/2016_

Print or type name: _Gerald P. Collier, Esq. (Collier & Associates, PLLC_
Signature: _Gerald P. Collier_
Title (if appropriate): _Attorney for Claimants April Newton / Travis Newt_
Address: _P.O. BOX 3338_
_Ridgeland, MS 39158_

RETURN THIS BALLOT ON OR BEFORE **SEPTEMBER 16, 2016** TO THE PLAN PROPONENT:

R. MICHAEL BOLEN, ESQ.
HOOD & BOLEN, PLLC
ATTORNEYS AT LAW
3770 HWY. 80 WEST
JACKSON, MISSISSIPPI 39209